UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **ALTA PALMER,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 2:11-cv-00281-DF-CE** |
| **PILGRIM'S PRIDE CORPORATION and** | § | |
| **SEDGWICK CLAIMS MANAGEMENT** | § | |
| **SERVICES, INC.,** | § | |
| | § | |
| **Defendants** | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day came on to be heard the request of Plaintiff Alta Palmer and Defendants Pilgrim's Pride Corporation and Sedgwick Claims Management Services, Inc. that the claims asserted by Plaintiff against Defendants in the above-styled and numbered cause be dismissed with prejudice to the re-filing of same for the reason that all matters of fact and things in controversy have been fully and finally compromised and settled by and between the parties hereto. The Court is of the opinion and finds that such request should be, in all things, GRANTED. Accordingly,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-styled and numbered cause is hereby dismissed with prejudice to the re-filing of same or any part thereof.

All costs of court are taxed against the party incurring same. All relief not expressly granted herein is denied. This Order disposes of all claims and controversies and is final and appealable.

**SIGNED this 14th day of November, 2012.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE